UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00119-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MERARDO LOYA-CASTILLO, a/k/a Eliseo Castillo-Armendariz, a/k/a Servando Castillo-Miranda, a/k/a Jaime Rascon-Castillo, a/k/a Alonzo Patillo,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the sentencing hearing set for January 17, 2012 is **VACATED and RESET to Tuesday, January 24, 2012 at 11:00 a.m., in Courtroom A-1002.**

    January 10, 2012